**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MARILYN J. JACKSON**                                                                 **PLAINTIFF**

**VERSUS**                                                    **CIVIL ACTION NO.:** 5:24-cv-29-DCB-ASH

**EVA J. GIVENS, in her Official Capacity**
**and Individually**                                                                 **DEFENDANT**

**NOTICE OF REMOVAL**

Comes now, Eva J. Givens, by and through counsel, and files her Notice of Removal of this civil action from the Circuit Court of Adams County, Mississippi, to the United States District Court for the Southern District of Mississippi, Western Division. In support of the same, Movant would show unto the Court as follows:

1.      On February 29, 2024, Plaintiff filed suit against Movant and Movant was served with process on March 6, 2024. See, *Complaint* attached hereto as **Exhibit A** and incorporated herein by reference.

2.      Thirty (30) days from the date of service has not yet expired, thus the removal is timely.

3.      Plaintiff asserts **federal claims** against Movant including, but not limited to, claims under the Age Discrimination in Employment Act and Fair Labor Standards Act. See *e.g.*, *Compl*. p. 1.

4.      Movant hereby removes this case pursuant to 28 U.S.C. § 1331 as this Court has original jurisdiction over federal questions such as those alleged by the Plaintiff.

5.      The United States District Court for the Southern District of Mississippi, Western Division has jurisdiction over this matter and is the proper venue for this action as the events allegedly giving rise to the suit occurred in Adams County, Mississippi, and the Plaintiff's Complaint was filed in the Circuit Court of Adams County, Mississippi.

WHEREFORE PREMISES CONSIDERED, Defendant, Marilyn J. Jackson prays this Court accepts her Notice of Removal, and further prays for any other appropriate relief that this Court deems proper.

**DATE:        March 25, 2024.**

Respectfully submitted,

**EVA J. GIVENS**

BY:      /s/*William R. Allen*
         One of Her Attorneys

WILLIAM R. ALLEN (MSB #100541)
KEVIN J. WHITE (MSB #101619)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
E-mail: wallen@aabalegal.com
E-mail: kwhite@aabalegal.com

2

## CERTIFICATE

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, one of the attorneys

of record for defendant, Eva J. Givens, hereby certify that I have this day mailed, postage

prepaid, a true and correct copy of the above and foregoing Notice of Removal to:

> Aisha A. Sanders, Esq.
> Everette T. Sanders, Esq.
> Sanders Law Firm, PLLC
> Post Office Box 565
> Natchez, Mississippi 39121
> asanders@sanlaw.net
> esanders@sanlaw.net
> *Attorneys for Plaintiff*

This the 25th day of March, 2024.

> /s/*William R. Allen*
> OF COUNSEL